# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

130071 (74)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WAPEKA B. BARNETT, Personal
Representative of the Estate of James Otha
Barnett, III, Deceased,
    Plaintiff-Appellee,

v

CESAR D. HIDALGO, M.D., CESAR D.
HIDALGO, M.D., P.C.,
    Defendants-Appellees,
and

RENATO ALBARAN, M.D., and RENATO
ALBARAN, M.D., P.C.,
    Defendants-Appellants,
and

MUSKESH S. SHAH, M.D., ONCOLOGY &
HEMATOLOGY OF OAKLAND, P.C.,
CRITTENTON HOSPITAL, and CRITTENTON
CORPORATION,
    Defendants.

SC: 130071
COA: 255318
Oakland CC: 2001-030478-NH

_____/

   On order of the Court, the motion by defendants-appellants Renato Albaran, M.D., and Renato Albaran, M.D., P.C., for leave to file a supplemental brief is considered, and it is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

t0306

        Clerk